FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 16  AM 10: 12

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WAYNE D. HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV412-188 |
| ) | |
| LARRY CHISOLM, STEVE BROWN, ) | |
| JUDGE JAMES BASS, SHERIFF AL ) | |
| ST. LAWRENCE, PUBLIC ) | |
| DEFENDER'S OFFICE, SAVANNAH ) | |
| CHATHAM METROPOLITAN ) | |
| POLICE DEPARTMENT, CITY OF ) | |
| SAVANNAH, and CHATHAM ) | |
| COUNTY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _16_ day of _Oct_, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA